# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BEVERLY LATIKER**                                                                                    **PLAINTIFF**

v.                          CASE NO.: 4:04CV00662BD

**LARRY NORRIS,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, it is

CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED

WITH PREJUDICE.

IT IS SO ORDERED this 20th day of March, 2007.

_____
United States Magistrate Judge